UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

RECEIVED
JUL 2 1 2006
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

Dewayne C. Vesey
            Plaintiff

vs.

Global Security Services
Quad City Towing
RockIsland Police Department

            Defendant(s)

Case No. 06-4046

FILED
JUL 2 5 2006
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

## COMPLAINT

☐    42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐    28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐    Other _____

*Please note:* This form has been created for prisoners but can be adapted for use by non-prisoners.

Now comes the plaintiff, __Dewayne C. Vesey__, and states as follows:

My current address is: Mailing  3700 5th St Apt. L8 RockIsland IL. 61200

The defendant __Jim V. #188__, is employed as __Security Officer__

__Management__  at __Global Security Services__

The defendant __Mike__, is employed as __Driver__

__Management__  at __Quad City Towing__

The defendant __Mark Poulos__, is employed as __Lieutenant Police Officer__

__Management__  at __RockIsland Police Department__

The defendant _____, is employed as _____

_____  at _____

(revised 9/96)

The defendant _____, is employed as _____

_____ at _____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

Yes ☐    No ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:

    Plaintiff(s) _____

    Defendant(s) _____

    _____

2. Court (if federal court, give name of district; if state court, give name of county)

    _____

3. Docket Number/Judge _____

4. Basic claim made _____

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?) _____

2

6. Approximate date of filing of lawsuit ___21 July 06___

7. Approximate date of disposition _____

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☐   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☐   No ☐

If your answer is no, explain why not _____

_____

C. Is the grievance process completed?   Yes ☐   No ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

3

# STATEMENT OF CLAIM

Place of the occurrence __Maple Ridge Apartments Rock Island IL.__

Date of the occurrence __8 July 06__

Witnesses to the occurrence _____

*State here briefly the FACTS that support your case. Describe how EACH defendant is involved. Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*
   *THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.*

1. My car was parked at Maple Ridge apartments with a valid parking sticker on it according to their policy and is operable. Around 2am Global Security and Q.C.Towing came out and unlawfully without any official paper work removed it after being told that the vehicle is used in the service of the Lord and is operable and has a valid parking sticker on it. Their reply was that they were being paid to do this, and that I would have to pay a fine for towing to get it back.

2. I called 911 to report that my car was in the process of being stolen and asked for a Police officer to be sent out. I was denied this service, but instead was transferred to the Rock Island Police Department.

3. I spoke to Lieutenant Mark Poulos and explained the situation, he told me that my car was not being stolen, that G.S. and Q.C.Towing had a contract with Maple Ridge and that my problem was with mangement. I told him that Maple Ridge management has never contacted me about any policy violations, and that neither G.S. or Q.C.T. had any official paperwork verifying this, and that my vehicle has a parking sticker, and is operable according to

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

their policy. I asked him if he could send out a police officer but he refused to and told me that if I did file a report that nothing would be done about it. I am asking for justice and financial restitution for this discrimination and hardship.in the name of Jesus Christ.

**JURY DEMAND**          Yes ☐          No ☑

Signed this 21 day of July, 2006.

*Dewayne C. Vesey*
(Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Address: | Telephone Number: |

2402

## QUAD CITY TOWING INC
'Round the Clock Service
P.O. Box 4812
Rock Island, IL 61204-4812
(309) 786-2600   Fax (309) 786-8208

# ROAD SERVICE

| TIME OF CALL A.M./P.M. | DATE IN | DATE OUT | TIME START A.M./P.M. | TIME FINISH A.M./P.M. | REQUESTED BY | P.O./CASE # | OFFICER NAME |
|---|---|---|---|---|---|---|---|
| | 7-8-06 | | | 136 | MAP R | | |

**NAME:** DeWayne C Vesey  **PHONE #:**
**ADDRESS:** 3700-5th St L8
**CITY:** Rock Island  **STATE:** IL  **ZIP:** 61201
**YEAR / MAKE/MODEL:** Tempo  **COLOR:** Red  **ODOMETER:**  **DRIVER:** 262
**MARKER PLATE #:** 715VVE1A  **STATE:**  **VIN #:**  **REGISTERED OWNER:**
**LOCATION OF VEHICLE:** Maple Ridge
**TOWED TO:** QCTO
**INSPECTED BY INSURANCE CO.** | **APPRAISER NAME** | **DATE** | **DRIVER:** B
**RELEASED BY** | **DATE** | **PHONE #** |

**REASON FOR TOW**
- [ ] ACCIDENT
- [ ] BREAK DOWN
- [ ] ABANDONED
- [ ] UNREGISTERED
- [ ] NO START
- [ ] OUT OF GAS
- [ ] FLAT TIRE
- [ ] FIRE LANE
- [ ] LOCK OUT
- [ ] NO TRESPASS
- [ ] TOW ZONE
- [ ] ARREST
- [ ] STOLEN
- [ ] IMPOUNDED
- [ ] SNOW REMOVAL  Rel

**TYPE OF TOW**
- [ ] SLING/HOIST
- [x] FLAT BED/RAMP
- [ ] WHEEL LIFT

**TOWED PER ORDER OF**
- [ ] STATE POLICE
- [ ] LOCAL POLICE
- [ ] OWNER OF A CAR
- [x] DEALER

**OTHER SERVICES**
- [ ] SWEEP  [ ] FIRST AID
- [ ] REMOVE AXLE
- [ ] SECURE LOOSE PARTS

**PERSONAL'S TAKEN BY** | **DATE** | **PHONE#**

**VEHICLE STORAGE TIME**  FROM 7-8-06  DAYS @ $25.00

**INDICATE DAMAGED AREA(S) ON VEHICLE:**

KEYS LEFT  Y / **N**
RADIO  Y  N

| | |
|---|---|
| MILEAGE FINISH / START | TOWING CHARGE 80.00 |
| LABOR TIME FINISH / START / TOTAL | MILEAGE |
| | LABOR |
| | EXTRA PERSON |
| | SPECIAL EQUIPMENT |
| | STORAGE |
| EXTRA PERSON FINISH / START / TOTAL | SUBTOTAL |
| | TAX |
| DRIVER # 20205  TRUCK # | TOTAL 80.00 |

**SPECIAL EQUIPMENT USED**
- [ ] WINCH  [ ] FLARES
- [ ] DOLLIES  [ ] SCOTCH BLOCKS
- [ ] RAMPS
- [ ] SNATCH BLOCKS

**METHOD OF PAYMENT**
- [x] CASH  [ ] CHECK  DRIVER'S LIC. #
- [ ] MasterCard  [ ] VISA  [ ] Cards  EXP. DATE
- CREDIT CARD #

**AUTHORIZED SIGNATURE:** X Dewayne C Vesey  **DATE:**
**DRIVER SIGNATURE:**

©1996 AW Direct, Inc.
**THANK YOU!**
PRODUCT 8760

We cannot be responsible for damages caused by faulty tires, bumper brackets, etc. This company assumes no responsibility for loss or damage by theft, fire or any other cause beyond our control, to any vehicle placed with them for storage or repair

12088

## Parking and Vehicles...

Tenants will have ample parking space solely for the purpose of parking **automobiles**. Tenant must inform management of make model & license # of vehicle. Any automobile owned by the tenant or tenant's guest shall be parked in a manner as not to obstruct the normal flow of traffic, access to, and use of the apartment buildings by other tenants. Any second vehicle or guests of the tenants vehicle(s), shall be parked in the same manner using parking spaces that are not normally occupied by tenants (i.e., parking spaces away from the building(s). In addition, **no** inoperable vehicles will be allowed to be in the parking area for over 24 hours. If there is a problem with vehicle, it must be reported to the Resident Manager. If this is not done, the vehicle will be towed away at the **owners expense**. Major repairs to, or the washing of any vehicle is prohibited.