AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Central__ District of __Illinois__

Dewayne C. Vesey

V.

Global Security Services
Quad City Towing
Rock Island Police Dept.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   06-4046

TO: (Name and address of Defendant)

Global Security Services
1003 W. 4th Street
Davenport, IA  52802

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dewayne C. Vesey
3700 5th Street   Apt. L8
Rock Island, IL  61201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| s/John M. Waters | July 26, 2006 |
|---|---|
| CLERK | DATE |

s/T. Peeples

(By) DEPUTY CLERK