AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central District of Illinois

Dewayne C. Vesey

V.

Global Security Services
Quad City Towing
Rock Island Police Dept.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06-4046

TO: (Name and address of Defendant)

Lt. Mark Paulos
Rock Island Police Department
316 16th Street
Rock Island, IL  61201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dewayne C. Vesey
3700 5th Street  Apt. L8
Rock Island, IL  61201

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____s/John M. Waters_____     _____July 26, 2006_____
CLERK                              DATE

_____s/T. Peeples_____
(By) DEPUTY CLERK