**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

E-FILED
Friday, 22 September, 2006 09:20:02 AM
Clerk, U.S. District Court, ILCD

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Dewayne C. Vesey | 06-4046 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Lieutenant Mark Poulos (Management) | |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

RockIsland Police Department

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

316 16th St RockIsland IL 61201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Dewayne C. Vesey
3700 5th St Apt. L8
RockIsland IL 61201

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.

FILED
SEP 22 2006
JOHN M. WATERS, Clerk
CENTRAL DISTRICT COURT
OF ILLINOIS

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
*Dewayne C. Vesey*

TELEPHONE NUMBER:
DATE: 21 Jul 06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. RI | Signature of Authorized USMS Deputy or Clerk | Date 7-28-6 |
|---|---|---|---|---|---|

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
LIEUTENANT TIM STEINNES

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 9/12/06
Time: 1:00 pm
Signature of U.S. Marshal or Deputy: *Scott Shepherd*

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 0.45 | | 45.45 | | 45.45 | |

REMARKS:
1 DUSM × 1 HOUR = 45.00
1 MILE = 0.45

**PRIOR EDITIONS MAY BE USED**   **1. CLERK OF THE COURT**   FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Central__ District of __Illinois__

Dewayne C. Vesey

V.

Global Security Services
Quad City Towing
Rock Island Police Dept.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06-4046

RECEIVED 2006 JUL 28 A 11:48 US MARSHAL SERVICE CENTRAL ILLINOIS

TO: (Name and address of Defendant)

Lt. Mark Paulos
Rock Island Police Department
316 16th Street
Rock Island, IL  61201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dewayne C. Vesey
3700 5th Street  Apt. L8
Rock Island, IL  61201

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____s/John M. Waters_____          _____July 26, 2006_____
CLERK                                  DATE

_____s/T. Peeples_____
(By) DEPUTY CLERK