IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DEWAYNE C. VESEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 06-4046 |
| GLOBAL SECURITY SERVICES, QUAD CITY TOWING, ROCK ISLAND POLICE DEPARTMENT, | ) ) ) ) |
| Defendants. | ) ) |

ENTRY OF APPEARANCE

NOW COMES Theodore G. Kutsunis, attorney for the City of Rock Island, and hereby enters his appearance on behalf of Defendant, Rock Island Police Department, in the above referenced cause of action.

Respectfully submitted,

By: /S/THEODORE G. KUTSUNIS
Attorneys for Defendant
ROCK ISLAND POLICE DEPARTMENT
1515 4th Avenue, Suite 303
Rock Island, IL 61201
Phone: (309) 786-7116
Fax: (309) 786-7654

## CERTIFICATION

    I hereby certify that on September 29, 2006, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification to the following: n/a, and I hereby certify that I have mailed by United States Postal Service, the document to the following non-CM/ECF participant: Dewayne Vesey, 3700 5th Street, Apt. L8, Rock Island, IL 61201 and Candy Pastrnak, Attorney at Law, 313 West Third Street, Davenport, Iowa 52801.

                          By: /S/THEODORE G. KUTSUNIS
                                Attorney for Defendant
                                ROCK ISLAND POLICE DEPARTMENT
                                1515 4th Avenue, Suite 303
                                Rock Island, IL 61201
                                Phone: (309) 786-7116
                                Fax: (309) 786-7654