IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

DEWAYNE C. VESEY, )
 )
    Plaintiff, )
 )
vs. ) No. 06-4046
 )
GLOBAL SECURITY SERVICES, )
QUAD CITY TOWING, ROCK ISLAND )
POLICE DEPARTMENT, )
 )
    Defendants. )

<u>DEFENDANT, ROCK ISLAND POLICE DEPARTMENT'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT
FOR FAILURE TO STATE A CAUSE OF ACTION</u>

NOW COMES Defendant, Rock Island Police Department, by its attorney, Theodore G. Kutsunis, and pursuant to Federal Rules of Civil Procedure, 12(b)(6), so moves the Court to dismiss Plaintiff's Complaint as it pertains to this Defendant for failure to state a cause of action upon which relief can be granted, and in support thereof states as follows:

1. On or about July 26, 2006, Plaintiff, Dewayne C. Vesey, filed his Complaint in the United States District Court for the Central District of Illinois, naming as Defendants, Global Security Services, Quad City Towing, Rock Island Police Department.

2. Upon review of the Complaint, it appears that Plaintiff is alleging that Global Security Services and/or Quad City Towing towed Plaintiff's vehicle while it was parked on private property.

3. Plaintiff also appears to allege in his Complaint that he contacted the Rock Island Police Department, talking with Lt. Mark Poulos, advising him that his car was being towed and requesting the police to intervene on his behalf.

4. It is also alleged that Lt. Poulos indicated that the police would not be sent to the location at that time and that Lt. Poulos did not believe his vehicle was actually being stolen by Co-Defendants.

5. It appears that Plaintiff is seeking damages from the City of Rock Island Police Department for failure to investigate or intervene on his behalf.

6. Plaintiff's Complaint is insufficient as a matter of law in that it has failed to state a cause of action because the law in Illinois is that a municipality is under no obligation to provide police protection or any basic public services. The only time that this duty to provide protection would be incurred would be when the government or municipality puts a person in danger from private persons and then fails to protect those persons.

7. Since Plaintiff has failed to state a cause of action upon which relief can be granted, Defendants pray that the Court dismiss Plaintiff's Complaint.

Respectfully submitted,

By: /S/THEODORE G. KUTSUNIS
Attorneys for Defendant
ROCK ISLAND POLICE DEPARTMENT
1515 4th Avenue, Suite 303
Rock Island, IL  61201
Phone: (309) 786-7116
Fax: (309) 786-7654

## CERTIFICATION

     I hereby certify that on September 29, 2006, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification to the following: n/a, and I hereby certify that I have mailed by United States Postal Service, the document to the following non-CM/ECF participant: Dewayne Vesey, 3700 5th Street, Apt. L8, Rock Island, IL 61201 and Candy Pastrnak, Attorney at Law, 313 West Third Street, Davenport, Iowa 52801.

          By:  /S/THEODORE G. KUTSUNIS
                Attorney for Defendant
                ROCK ISLAND POLICE
                DEPARTMENT
                1515 4th Avenue, Suite 303
                Rock Island, IL 61201
                Phone: (309) 786-7116
                Fax: (309) 786-7654