IN THE UNITED STATES DISTRICT COURT IN AND FOR
THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DEWAYNE C. VESEY<br><br>        Plaintiff,<br><br>vs<br><br>GLOBAL SECURITY SERVICES, QUAD CITY TOWING, AND ROCK ISLAND POLICE DEPARTMENT,<br><br>        Defendants. | Case No.  06-4046 |

## ENTRY OF APPEARANCE

NOW COMES Candy K. Pastrnak, attorney, and hereby enters her appearance on behalf of the Defendant, GLOBAL SECURITY SERVICES, in the above-referred matter.

/s/  Candy  K.  Pastrnak
Candy K. Pastrnak
PASTRNAK LAW FIRM, P.C.
313 West Third Street
Davenport, Iowa 52801
Telephone: (563) 323-7737
Facsimile:   (563) 323-7739
**ATTORNEYS FOR DEFENDANT**

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon each of the parties/attorneys of record herein in the above-captioned matter electronically on October 12, 2006:

Theodore G. Kutsunis

The undersigned further certifies that the foregoing instrument was mailed to the following non-CM/ECF participant by United States Postal Service on October 12, 2006 at the following location:

DeWayne Vesey
3700 – 5th Street, Apt. L8
Rock Island, Illinois 61201

Quad City Towing
P.O. Box 4812
Rock Island, Illinois 61201

GLOBAL SECURITY SERVICES

By: /s/  Candy K. Pastrnak