E-FILED
Thursday, 12 October, 2006  03:47:17 PM
Clerk, U.S. District Court, ILCD

IN THE IOWA DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DEWAYNE C. VESEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 06-4046 |
| | ) |
| GLOBAL SECURITY SERVICES, | ) |
| QUAD CITY TOWING, ROCK ISLAND | ) |
| POLICE DEPARTMENT, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT GLOBAL SECURITY SERVICES' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION**

COMES NOW the Defendant, Global Security Services (hereinafter "Global"), by and through its attorneys, Pastrnak Law Firm, P.C., and for its Motion to Dismiss the Plaintiff's Complaint for lack of subject matter jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(1), respectfully states to this Court the following:

1. The Plaintiff has alleged in his Complaint that Global Security Services and Quad City Towing improperly towed his vehicle.

2. The Plaintiff has also alleged in his Complaint that the City of Rock Island would not stop the improper towing of his vehicle.

3. The Plaintiff has requested the following relief: "justice and financial restitution for this discrimination and hardship in the name of Jesus Christ."

4. The Plaintiff has not alleged any cause of action "arising under the Constitution, laws, or treaties of the United States" as required for federal question jurisdiction under 28 U.S.C. Section 1331.

5.      Furthermore, it has not alleged diversity of citizenship as required for diversity jurisdiction under 28 U.S.C. Section 1332. Under diversity of citizenship jurisdiction, there must be complete diversity. Exxon Mobil Corp. v. Allapattah Servs., Inc., 545 U.S. 546, 125 S. Ct. 2611, 2617, 162 L. Ed. 2d 502 (2005). "In a case with multiple plaintiffs and multiple defendants, the presence in the action of a single plaintiff from the same State as a single defendant deprives the district court of original diversity jurisdiction over the entire action." Id. (citing Strawbridge v. Curtiss, 3 Cranch 267, 2 L.Ed. 435 (1806)).

6.      In this case, the Plaintiff is a resident of Illinois and the Defendant Rock Island Police Department is domiciled in Rock Island, Illinois as well. Thus, diversity of citizenship is defeated.

7.      Moreover, the Defendant has failed to allege that his claim for damages exceeds the statutory amount of $75,000.00 as required for diversity of citizenship under 28 U.S.C. Section 1332(b). It is unlikely that if proven, a claim for an improperly towed vehicle would exceed $75,000.00 in damages.

8.      The Plaintiff has failed to assert any claim of subject matter jurisdiction, and therefore his claim must be dismissed.

WHEREFORE, the Defendant Global Security Services respectfully requests this Court dismiss the Plaintiffs' Complaint for lack of subject matter jurisdiction.

/s/ Candy K. Pastrnak
Candy K. Pastrnak
PASTRNAK LAW FIRM, P.C.
313 West Third Street
Davenport, Iowa 52801
Telephone: (563) 323-7737
Facsimile:   (563) 323-7739
**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon each of the parties/attorneys of record herein in the above-captioned matter electronically on October 12, 2006:

Theodore G. Kutsunis

The undersigned further certifies that the foregoing instrument was mailed to the following non-CM/ECF participant by United States Postal Service on October 12, 2006 at the following location:

DeWayne Vesey
3700 – 5th Street, Apt. L8
Rock Island, Illinois 61201

Quad City Towing
P.O. Box 4812
Rock Island, Illinois 61201

GLOBAL SECURITY SERVICES

By: /s/ Candy K. Pastrnak