**E-FILED**
Tuesday, 17 October, 2006  10:25:59 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DEWAYNE C. VESEY,                    ) | |
|                                      ) | |
|                  Plaintiff,          ) | |
|                                      ) | Case No. 06-4046 |
| v.                                   ) | |
|                                      ) | |
| GLOBAL SECURITY SERVICES,            ) | |
| QUAD CITY TOWING, and                ) | |
| ROCK ISLAND POLICE DEPARTMENT, ) | |
|                                      ) | |
|                  Defendants.         ) | |

### _MOTION TO DISMISS FOR FAILURE TO STATE BASIS FOR JURISDICTION_

COMES NOW, Defendant QUAD CITY TOWING, INC. d/b/a QUAD CITY TOWING by and through its attorneys McGehee, Olson, Pepping & Balk, Ltd. and in support of its Motion to Dismiss for Failure to State Basis for Jurisdiction states to the Court as follows:

1.      Based upon a reading of his Complaint, Plaintiff is a resident of Illinois.

2.      QUAD CITY TOWING, INC. is an Illinois corporation with its primary place of business in Illinois.

3.      Based upon the face of his Complaint, the action in question took place in Illinois. Thus, there is no diversity jurisdiction for this Court to consider.

4.      Based upon the face of this Complaint, the Plaintiff's claim seems to be that his car should not have been towed and Plaintiff's claim further references discrimination and hardship.

5.      However, Plaintiff fails to state any violation of a federal statute or act.  Thus, the Plaintiff fails to state why this Court has subject matter jurisdiction.

WHEREFORE, Defendant QUAD CITY TOWING prays that this Court dismiss Plaintiff's Complaint and for such other and further relief as this Court may deem fit.

QUAD CITY TOWING, Defendant


By: _ /s/ Steven E. Balk_____
          Steven E. Balk

Steven E. Balk
Bar No. 94029
McGehee, Olson, Pepping & Balk, Ltd.
105-7th Street
Silvis, IL  61282
Telephone (309) 755-5096
Fax (309) 755-0499

E-FILED
Tuesday, 17 October, 2006  10:26:22 AM
Clerk, U.S. District Court, ILCD



SERVICES    PROGRAMS    PRESS    PUBLICATIONS    DEPARTMENTS    CONTACT

## CORPORATION FILE DETAIL REPORT

| Entity Name | QUAD CITY TOWING, INC. | File Number | 56903305 |
|---|---|---|---|
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | DOMESTIC BCA |
| Incorporation Date (Domestic) | 07/09/1992 | State | ILLINOIS |
| Agent Name | DANIEL L FORGIE | Agent Change Date | 07/09/1992 |
| Agent Street Address | 1433 11TH STREET A | President Name & Address | DANIEL L FORGIE 1433 11TH ST A MOLINE 61265 |
| Agent City | MOLINE | Secretary Name & Address | ANGEL FORGIE SAME |
| Agent Zip | 61265-0000 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 06/13/2006 | For Year | 2006 |

Return to the Search Screen

BACK TO CYBERDRIVEILLINOIS.COM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DEWAYNE C. VESEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 06-4046 |
| v. | ) | |
| | ) | |
| GLOBAL SECURITY SERVICES, | ) | |
| QUAD CITY TOWING, and | ) | |
| ROCK ISLAND POLICE DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |

### *AFFIDAVIT*

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) | ss. |
| COUNTY OF ROCK ISLAND | ) | |

I, Daniel L. Forgie, President of Quad City Towing, Inc. being first duly sworn and deposed states as follows:

1.     Our corporation is an Illinois corporation as shown by the attached printed page from the Illinois Secretary of State's Office.

2.     Our primary place of business is in Illinois and the majority of our business is done in Illinois.

Further Affiant Sayeth Not.

_/s/ Daniel L. Forgie_____
Daniel L. Forgie

SWORN and SUBSCRIBED to before me this 16th day of October, 2006.

_/s/ Tiffany Wheeler_____
Notary Public

Steven E. Balk
McGehee, Olson, Pepping & Balk, Ltd.
105-7th Street
Silvis, IL  61282
Telephone (309) 755-5096
Fax (309) 755-0499

E-FILED
Tuesday, 17 October, 2006  10:26:54 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DEWAYNE C. VESEY,                              )
          Plaintiff,                          )
                             )     Case No. 06-4046
v.                                                    )
                             )
GLOBAL SECURITY SERVICES,              )
QUAD CITY TOWING, and                     )
ROCK ISLAND POLICE DEPARTMENT, )
          Defendants.                      )

### ***MEMORANDUM OF LAW***

      COMES NOW, Defendant QUAD CITY TOWING, INC. d/b/a QUAD CITY TOWING by and through its attorneys McGehee, Olson, Pepping & Balk, Ltd. and in support of its Memorandum of Law states to the Court as follows:

      The first matter, for this Court to consider any pleading or motion, it must have jurisdiction.  The federal Court may have jurisdiction over a case through either diversity jurisdiction or subject matter jurisdiction.  Diversity jurisdiction occurs wherein the Plaintiff is a resident citizen of a different state then all the Defendants.  In this particular case the Plaintiff and at least one Defendant are citizens of the State of Illinois.  Thus, the Court may not apply diversity jurisdiction.

      The Court may also have jurisdiction if it has subject jurisdiction.  That is, Plaintiff must state affirmatively that a federal statute or act has been violated.  This Plaintiff fails to do.

                    QUAD CITY TOWING, Defendant

                    By:  */s/ Steven E. Balk*
                               Steven E. Balk

Steven E. Balk
McGehee, Olson, Pepping & Balk, Ltd.
105-7th Street
Silvis, IL  61282
Telephone (309) 755-5096
Fax (309) 755-0499

E-FILED
Tuesday, 17 October, 2006  10:27:07 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DEWAYNE C. VESEY,                          )
                                           )
                  Plaintiff,               )
                                           )        Case No. 06-4046
v.                                         )
                                           )
GLOBAL SECURITY SERVICES,                  )
QUAD CITY TOWING, and                      )
ROCK ISLAND POLICE DEPARTMENT,             )
                                           )
                  Defendants.              )

## PROOF OF SERVICE

The undersigned certifies that a true copy of the foregoing **MOTION TO DISMISS FOR FAILURE TO STATE BASIS OF JURISDICTION, AFFIDAVIT, and MEMORANDUM OF LAW** were enclosed in an envelope with proper postage fully prepaid and deposited in a U.S. Post Office Mailbox in Silvis, Illinois, on the 16th day of October, 2006, addressed to:

Dewayne C. Vesey
3700-5th Street, #L8
Rock Island, IL  61201


_____/s/ Steven E. Balk_____


Steven E. Balk
McGehee, Olson, Pepping & Balk, Ltd.
105-7th Street
Silvis, IL  61282
Telephone (309) 755-5096
Fax: (309) 755-0499