E-FILED
Friday, 27 October, 2006 12:47:00 PM
Clerk, U.S. District Court, ILCD

FILED
OCT 27 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

DEWAYNE C. VESEY,

    Plaintiff,

vs.                            No. 06-4046

GLOBAL SECURITY SERVICES.

Defendants.                    20 October 06

    I the Plaintiff, Dewayne C. Vesey ask that the motion of dismissal be denied, and that I be granted my right to a fair hearing and ask that I be given this trial by a Jury of my peers.

ARGUMENT

    Global Security Services and Quad City Towing committed fraud, and grand theft auto as well as violated my constitutional rights. According to the 5th amendment it reads "no citizen of the United States shall be deprived of property without due process of law".

    G.S.S and Q.C.T. claimed to have received orders to remove my vehicle, but when asked they could not provide any documentation to prove what they were saying was true. I explained to them that my vehicle was not in violation of any rules set by Maple Ridge. Their comment to me was that they were being paid to do this. Their crimes of discrimination, fraud, and grand theft auto more than exceeds the amount of $75,000.00.

Relief

    I am asking in the name of Jesus Christ that they pay $1 million for their crimes against me, and again I ask if necessary for a Jury trial of my peers.

*Dewayne C. Vesey*

CERTIFICATION

    I hereby certify that on 25 October 06, that I have mailed by the United States Postal Service, a copy of this document to the Clerk of the Court and will send notification to the following participant: Steven E. Balk, McGehee, Olson, Pepping & Balk, Ltd. Attorney for Quad City Towing.

*Duwayne C. Vesey*