# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Dewayne C Vesey**

vs.                                                     Case Number:  **06-4046**

**Global Security Services,
Quad City Towing and
Rock Island Police Department**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** this matter is DISMISSED for lack of jurisdiction. ------------------

ENTER this 14th day of December, 2006

JOHN M. WATERS, CLERK

_____s/T. Peeples_____
BY:  DEPUTY CLERK