E-FILED
Wednesday, 10 January, 2007 12:22:36 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DEWAYNE C. VESEY,
    Plaintiff

vs.                                    Case No. 06-4046

GLOBAL SECURITY SERVICES,
QUAD CITY TOWING, and
ROCK ISLAND POLICE
    Defendants

FILED
JAN 10 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

    I Dewayne C. Vesey, am filing a appeal against the motion to dismissed made against me. In my complaint I clearly stated the violations that were made against me; the laws in the constitution clearly states as to my right to a fair hearing before being deprived of property, and it is against the law to discriminate.

    In my complaint I sent proof of the fraud and theft of my property as well as the discrimination being made in denying me public service. The defendants did not nor could they provide any proof that they are innocent in this matter, if so, then let this be proven in the Court of Law.

    I again ask for my right to a fair hearing by a jury of my peers.

*Dewayne C. Vesey*
5 January 07