### SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central District of Illinois                Docket No.: 06-4046

Division: Rock Island Division

**Plaintiff (Petitioner) Short Caption Defendant (Respondent)**

Dewayne C Vesey                    v.    Global Security Services, Quad City Towing
                                         Rock Island Police Department

---

**Current Counsel for Plaintiff (Petitioner):**         **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Dewayne C Vesey                                   Name: Candy K Pastrnak

Firm:                                                   Firm: PASTRNAK LAW FIRM PC

Address: 3700 5th Street Apt 5                          Address: 313 W Third Street

Rock Island, IL  61201                                  Davenport, IA  52801

Phone:                                                  Phone: (563) 323-7737

                                                        **See Attached Additional Information

---

Judge: Michael M. Mihm                                  Nature of Suit Code:  440

Court Reporter:                                         Date Filed in District Court: 07/21/2006

                                                        Date of Judgment: 12/14/2006

                                                        Date of Notice of Appeal: 01/10/2007


Counsel: ___Appointed      ___Retained   _X_ Pro Se

Fee Status:   ___Paid    _X_ Due    ___ IFP    ___IFP Pending    ___U.S.    ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:    ___Yes   _X_ No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**

| | |
|---|---|
| Global Security Services | Tara A Moffit<br>PASTRNAK LAW FIRM PC<br>313 W Third Street<br>Davenport, IA 52801<br>(563) 323-7737 |
| Quad City Towing | Steven E Balk<br>MCGEHEE OLSON PEPPING & BALK<br>105 7th Street<br>Silvis, IL 61282<br>(309) 755-5096 |
| Rock Island Police Department | Theodore G Kutsunis<br>KONECKY KOENIG KUTSUNIS & WENG<br>1515 4th Avenue<br>Ste 301<br>Rock Island, IL 61201<br>(309) 786-7116 |