E-FILED
Wednesday, 31 January, 2007 04:18:15 PM
Clerk, U.S. District Court, ILCD

FILED
JAN 3 1 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS
United States Court of Appeals
for the Seventh Circuit

Dewayne C. Vesey
    4:06-CV-4046
v.    Case No. 07-1077
Global Security Services
Quad City Towing
Rock Island Police Department

) Appeal from the United States District Court for the
) ~~United States~~ District of Illinois
) Central
) District Court No. 06 C 4046
) US District Court ILCD
) District Court Judge Michael M. Mhm

**Affidavit in Support of Motion**
I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)
Signed: Dewayne C. Vesey

**Instructions**
Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.
Date: 28 January 07

**My issues on appeal are:**

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ | $ | $ |
| Self-employment | $ 0 | $ | $ | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ | $ |
| Interest and dividends | $ 0 | $ | $ | $ |
| Gifts | $ 0 | $ | $ | $ |
| Alimony | $ 0 | $ | $ | $ |
| Child support | $ 0 | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ | $ |
| Unemployment payments | $ 0 | $ | $ | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ | $ |
| Other (specify): | $ 0 | $ | $ | $ |
| **Total monthly income:** | $ 0 | $ | $ | $ |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Apac | Davenport Ia 250 E 90 st | 12/01 - 1/05 | $600 |
| Hardees | 1715 N Division st | 8/98 - 8/00 | $500 |
| KWQC | 805 N Brady Davenport Ia | 8/96 - 10/96 | $700 |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |

4. How much cash do you and your spouse have? $ 100
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| US bank | Checking | 100.00 | |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value): N/A

Other real estate (Value): N/A

Motor Vehicle #1 (Value)
Make & year: Ford 93
Model: Tempo GL
Registration # 718NYE03200701

Motor Vehicle #2 (Value)
Make & year: N/A
Model: N/A
Registration # 

Other assets (Value): N/A

Other assets (Value): N/A

2

**6. State every person, business, or organization owing you or your spouse money, and the amount owed.**

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | | |

**7. State the persons who rely on you or your spouse for support.**

| Name | Relationship | Age |
|---|---|---|
| N/A | | |

**8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.**

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) | $ 6.00 mo | $ |
| Are real estate taxes included? [ ] Yes [ ] No | | |
| Is property insurance included? [ ] Yes [ ] No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle expenses | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) Homeowner's or renter's | $ | $ |

|  |  |  |
|---|---|---|
| Life | $ _____ | $ _____ |
| Health | $ _____ | $ _____ |
| Motor vehicle | $ _____ | $ _____ |
| Other: _____ | $ _____ | $ _____ |

Taxes (not deducted from wages or included in mortgage payments) (specify):  $ _____  $ _____

Installment payments  $ _____  $ _____

    Motor Vehicle  $ _____  $ _____

    Credit card (name): _____  $ _____  $ _____

    Department store (name): _____  $ _____  $ _____

    Other: _____  $ _____  $ _____

Alimony, maintenance, and support paid to others  $ _____  $ _____

Regular expenses for operation of business, profession, or farm (attach detail)  $ _____  $ _____

Other (specify): _____  $ _____  $ _____

                    Total monthly expenses:  $ _____  $ _____

(Handwritten "N/A" marked across the right two columns of expense entries)

**9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?**

[ ] Yes [✓] No  If yes, describe on an attached sheet.

**10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?**

[ ] Yes [✓] No  If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

4

**11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?**

[ ] Yes [✓] No   If yes, how much? $_____

If yes, state the person's name, address, and telephone number:

_____

_____

_____

**12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.**

I am unemployed, awaiting a disability claim and attending College.

**13. State the address of your legal residence.**

Homeless

_____

msg number
Your daytime phone number: (309) 788-7916

Your age: 45   Your years of schooling: 14

Your social-security number: _____

Dewayne C. Vesey

vs

Global Security Services Et Al

## Certificate of service

I, Dewayne Vesey filed my motion to Appeal In forma pauperis with the U.S. District Court on 31 January 07 and mailed it on 31 January 07 to:

Candy K Pastrnak
Tara A Moffit
313 W 3rd St.
Davenport, Ia 52801

Steven E Balk
105 7th St
Silvis, IL 61282

Theodore G. Kutsunis
1515 4th ave Ste 301
Rock Island, IL 61201

31 January 2007                              Dewayne C. Vesey