# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

## NOTICE OF ISSUANCE OF MANDATE

DATE: February 14, 2007

TO: John M. Waters
United States District Court
Central District of Illinois
Room 40
211 - 19th Street
Rock Island, IL  61201

FROM: Clerk of the Court

RE: 07-1077
Vesey, Dewayne C. v. Global Security
06 C 4046, Michael M. Mihm, Judge

Herewith is the mandate of this court in this appeal. A certified copy of the opinion/order of the court shall constitute the mandate.

There was no record filed with this court in this cause.

Copies of this notice sent to:        Counsel of record

[ ]     United States Marshal

[ ]     United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S.  Court of Appeals for the Seventh Circuit.

Date: __February 20, 2007__         S/Tina Peeples
(1202-052495)                       Deputy Clerk, U.S. District Court