CERTIFIED COPY

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**DISMISSAL PER CIRCUIT RULE 3(c)**

Date: February 14, 2007

By the Court:

No. 07-1077

DEWAYNE C. VESEY,
       Plaintiff - Appellant

v.

GLOBAL SECURITY SERVICES, QUAD CITY TOWING and ROCK ISLAND POLICE DEPARTMENT,
       Defendants - Appellees

**FILED**
FEB 2 0 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Appeal from the United States District Court for the
Central District of Illinois
No. 06 C 4046, Michael M. Mihm, Judge

    Pursuant to Circuit Rule 3(c), a Docketing Statement <u>must</u> be filed within seven days of the filing of the notice of appeal. The appellant failed to do so. The court issued a show cause order directing that the appellant file a Docketing Statement within fourteen days of the date of the order or face a fine and/or dismissal of the appeal. To date the appellant has not filed the required Docketing Statement.

    **IT IS ORDERED** that this appeal is **DISMISSED** for failure to comply with Circuit Rule 3(c).

(1038-053195)

A True Copy:
Taste:
[signature] Deputy
Clerk of the United States
Court of Appeals for the
Seventh Circuit